IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GERALD VAUGHN,
     Plaintiff,

vs.                             Case No.  3:12cv410/MCR/CJK

21ST CENTURY SECURITY
INSURANCE COMPANY,
     Defendant.

_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 8, 2013, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any,[1] the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's Motion to Amend (doc. 16) is DENIED.

DONE AND ORDERED this11th day of February, 2013.

*M. Casey Rodgers*

M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE

_____

[1] No timely objections have been filed.