IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GERALD VAUGHN,
    Plaintiff,

vs.                               Case No. 3:12cv410/MCR/CJK

21ST CENTURY SECURITY
INSURANCE COMPANY,
    Defendant.
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on October 16, 2012 (doc. 13), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any,[1] the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 13) regarding the motion to dismiss (doc. 6) is adopted and incorporated by reference in this order.

    2.    Defendant's Motion to Dismiss (doc. 6) is GRANTED in part as to Counts II, III, IV, and IV of the Complaint, and DENIED in part as to Count I of the Complaint.

    3.    Defendant 21st Century Security Insurance Company has filed an answer (doc. 24). The case is hereby referred to the magistrate judge for further proceedings

---

[1] No timely objections have been filed.

and entry of an initial scheduling order.

DONE AND ORDERED this 25th day of March, 2013.

*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE

*Case No: 3:12cv410/MCR/CJK*